# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY JONES,<br><br>                              Plaintiff,<br><br>   v.<br><br>BARTH, et al.,<br><br>                              Defendants. | 3:21-cv-00028-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 43 |

Before the court is Plaintiff's Motion to Force Further Inquiry (ECF No. 43). Plaintiff's motion provides additional information to identify Defendant Cosby and requests the court order "the Defendants to further inquire as to the identity of Officer Cosby whom the Plaintiff is virtually 100% certain worked for the Nevada Department of Corrections." (*Id.* at 1.)

On June 29, 2022, the Attorney General's Office filed its Notice of Acceptance of Service which stated "Service is not accepted on behalf of Cosby (whom Plaintiff describes as a Correctional Officer), whom after reasonable inquiry is not identifiable as a current or former employee of NDOC. Therefore, no last known address can be provided." (ECF No. 36 at 2.)

**IT IS HEREBY ORDERED** that, based on the new information contained in Plaintiff's motion, the Attorney General's Office shall advise no later than **July 22, 2022**, whether this Defendant can now be identified and, if so, whether service will be accepted on behalf of Defendant Cosby. If this Defendant can be identified but the Attorney General cannot accept service, the Attorney General shall file the last known address of the Defendant if this information is known, under seal, without

1

serving Plaintiff with the address. If the last known address of the Defendant is a P.O. Box, the Attorney General shall attempt to obtain and provide the last known physical address.

DATED: July 13, 2022.

_____
UNITED STATES MAGISTRATE JUDGE