# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY JONES,<br><br>      Plaintiff,<br><br>v.<br><br>BARTH, et al.,<br><br>      Defendants. | 3:21-cv-00028-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 64 |

  Before the court is Plaintiff's Second Motion for Extension of Time (ECF No. 64). Plaintiff requests a final extension to November 11, 2022, to file a reply in support of his Motion for Appointment of Counsel (ECF No. 58).

  Good cause appearing, Plaintiff's Second Motion for Extension of Time (ECF No. 64) is **GRANTED** to the extent that Plaintiff shall have to and including **November 11, 2022**, to file a reply in support of his Motion for Appointment of Counsel (ECF No. 58).

  **IT IS SO ORDERED.**

  DATED: November 7, 2022.

                _____
                UNITED STATES MAGISTRATE JUDGE