# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHNNY JONES,

    Plaintiff

v.

BARTH, et al.,

    Defendants

Case No.: 3:21-cv-00028-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

A notice of change of Deputy Attorney General filed on April 12, 2023, was returned as undeliverable with a notation that Plaintiff is no longer at ESP and has been transferred to HDSP. (ECF Nos. 74, 75.)

Plaintiff shall file a notice of change of address within **14 days** of the date of this Order. A failure to comply with this rule may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1. The Clerk shall **SERVE** a copy of this Order on Plaintiff electronically at both ESP and HDSP.

**IT IS SO ORDERED**.

Dated: April 14, 2023

                                          Craig S. Denney
                                          United States Magistrate Judge